OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

43B 79316

11/30/2015
ANDRADE, NOEL VALDEZ
On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

OFFICIAL BUSINESS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

COURT OF CRIMINAL

PRESORTED
FIRST CLASS

RETURNED TO SENDER

ZIP 78701 $ 000.27⁵
02 1W
0001401623 DEC 01 2015

US POSTAGE ≫ PITNEY BOWES

Tr. Ct. No. GR-971-122B          WR-44,017-06

Abel Acosta, Clerk

NOEL VALDEZ ANDRADE
WEST TEXAS ISF #857-698
2002 LAMESA HWY
BROWNFIELD, TX 79316

RTS
No Longer
Here.